THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT RHODE ISLAND

| | | |
|---|---|---|
| MARTIN KAMPITCH, et al., | ) | |
| | ) | |
| Plaintiffs | ) | Civil Action No. 1:05CV383 |
| | ) | |
| v. | ) | Judge William E. Smith |
| | ) | |
| ROBERT LACH, et al., | ) | Magistrate Judge Lincoln D. Almond |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF ROBERT L. LACH**

I, Robert L. Lach, being duly sworn, do depose and state as follows:

1. I am named as a defendant in the above-identified lawsuit. I submit this Declaration in support of a Motion to Dismiss filed on my behalf. I have personal knowledge of the facts stated herein and would so testify if called upon to give testimony in this action.

2. I have never had a permanent or temporary residence in Rhode Island, and I have never owned any real property in Rhode Island. I have never owned any company, corporation, partnership, or business entity in Rhode Island. I have never had accounts with financial institutions in Rhode Island, including bank, brokerage, or correspondent accounts. I have never filed any tax returns in Rhode Island. I have never entered into any agreement or contract with any corporation, partnership, business entity, or individual relating to business within Rhode Island. I have never visited Rhode Island. I have never owned any trademarks in Rhode Island.

Robert L. Lach

STATE OF OHIO

COUNTY OF HAMILTON

Subscribed and sworn to before me this 14th day of September, 2005.

Theodore R. Remaklus
Notary Public
My Commission expires: ____________

THEODORE R. REMAKLUS, Attorney at Law
NOTARY PUBLIC - STATE OF OHIO
My commission has no expiration
date, Section 147.03 O.R.C.