THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARTIN KAMPITCH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-351S |
| | ) | |
| ROBERT LACH, et al., | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF L. PAUL SCHENZ**

I, L. Paul Schenz, being duly sworn, do depose and state as follows:

1. I am a member of Red Carpet Studios Division of Source Advantage Ltd. ("Red Carpet"), one of the named defendants in the above-identified lawsuit. I submit this Declaration in support of Red Carpet's Motion to Dismiss. Unless otherwise stated, I have personal knowledge of the facts stated herein and would so testify if called upon to give testimony in this action.

2. Red Carpet is a small, privately-owned corporation having its principal place of business in Cincinnati, Ohio. All of Red Carpet's employees live and work in the Cincinnati metropolitan area and all of its documents are stored on-site or in the Cincinnati metropolitan area.

3. Red Carpet has never had an office or other place of business in Rhode Island.

4. Red Carpet has never owned any property, real or personal, in Rhode Island, has never leased or rented any property within Rhode Island, and has no employees in the Rhode Island.

5. Red Carpet has never owned any company, corporation, partnership, or business entity in Rhode Island.

6. Red Carpet has never held any accounts with financial institutions in Rhode Island, including bank, brokerage, or correspondent accounts.

7. Red Carpet has never filed any tax returns in Rhode Island.

8. Red Carpet has never entered into any agreement or contract with any corporation, partnership, business entity, or individual living or residing in Rhode Island.

9. No Red Carpet employees have ever visited Rhode Island for business.

10. Red Carpet do not own any Rhode Island trademarks.

11. Red Carpet has never specifically designed products for Rhode Island markets, does not target advertisements for Rhode Island markets, and has never established any specific channels for providing regular advice specifically to consumers in Rhode Island.

12. Defending itself in this Court would be a substantial burden for Red Carpet for, as I understand, there is no easy, quick, and inexpensive way to travel from Cincinnati, Ohio, to Providence, Rhode Island.

13. Robert E. Swaney, a former Red Carpet employee, and James Conners, an independent designer/artist, reside in Ohio and are critical witnesses to provide testimony regarding the origins of the design of Red Carpet's products. I understand that they cannot be compelled to travel to appear in this Court and have no reason to believe they would voluntarily travel to Rhode Island to appear in this Court.

L. Paul Schenz

STATE OF OHIO
COUNTY OF HAMILTON

Subscribed and sworn to before me this 13th day of September, 2005.

Notary Public
My Commission expires: September 25, 2006

ANITA L. FREEMAN
Notary Public, State of Ohio
My Commission Expires
September 25, 2006