UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARTIN KAMPITCH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-351S |
| | ) | |
| ROBERT LACH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO EXCEED PAGE LIMITATIONS**

Pursuant to Amended General Order #2002-01, Defendants Red Carpet Studios and Robert Lach ("Defendants") hereby move to exceed the page limit applicable to the filing of appendices and/or exhibits so that they may submit an additional affidavit in support of their motion to dismiss. In support of this motion, Defendants submit that the Complaint in this action involves six (6) different plaintiffs and in order to adequately address each plaintiff the Defendants must exceed the five (5) page limit set forth in Amended General Order #2002-01.

ROBERT LACH and
RED CARPET STUDIOS

By their Attorneys,

Raymond M. Ripple (#6489)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
Telephone: 401-274-9200
Facsimile: 401-276-6611

OF COUNSEL:

Thomas J. Burger, Esq.
John Paul Davis, Esq.
WOOD, HERRON & EVANS, L.L.P.
441 Vine Street
Cincinnati, Ohio 45202
Telephone: 513-241-2324
Facsimile: 513-241-6234

**CERTIFICATE OF SERVICE**

The undersigned certifies that on September 23, 2005, a true and correct copy of the foregoing Motion to Exceed Page Limitations was served by U.S. mail, first-class postage prepaid, on:

Joel D. Joseph, Esq.
JOSEPH 7 ASSOCIATES
7272 Wisconsin Avenue, Suite 300
Bethesda, Maryland 20814

Daniel E. Chaika, Esq.
CHAIKA & CHAIKA
30 Rolfe Square
Cranston, Rhode Island 02910