UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARTIN KAMPITCH, ET AL.

Plaintiffs,

v. C.A. No. 05-351S

ROBERT LACH, ET AL.,

Defendants.

**ORDER**

I hereby recuse myself from participation in this litigation.

ORDER:

By:____________________________
Deputy Clerk

ENTER:

WEM

William E. Smith
U.S. District Judge

Date: 9/26/05