THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARTIN KAMPITCH, et al., | ) | |
| | ) | |
| Plaintiffs | ) | C.A. No. 05-351-ML |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT LACH, et al., | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF JOHN PAUL DAVIS**

I, John Paul Davis, being duly sworn, do depose and state as follows:

1. I am an attorney at the law firm of Wood, Herron & Evans, L.L.P., located in Cincinnati, Ohio, attorneys for defendants Robert Lach, et al. in the above-referenced matter. I submit this Affidavit in support of Defendants' Motion to Dismiss Under FED. R. CIV. P. 12(b). I have personal knowledge of the facts stated herein and would so testify if called upon to give testimony in this action

2. Attached to this Affidavit as Exhibit 1 is a true and correct copy of U.S. Design Patent No. D500,964 S, entitled Circular Shaped Kinetic Sculpture, which was issued by the United States Patent and Trademark Office (hereinafter "USPTO") on January 18, 2005. As shown on page one, the first column, the application for this patent, Application No. 29/185,569, was filed on June 30, 2003, and the patent is assigned to Source Advantage Ltd. As shown on page 2, the first column, the asserted design patent in this action, U.S. Design Patent No. D472,183 S (Flohe), and the application for the asserted utility patent in this action, U.S. Patent Publication No. 2003/0138575 A1 (Flohe), were cited to the USPTO.

3. Attached to this Affidavit as Exhibit 2 is a true and correct copy of U.S. Design Patent No. D500,702 S, entitled Diamond Shaped Kinetic Sculpture, which was issued by the

United States Patent and Trademark Office (hereinafter "USPTO") on January 11, 2005. As shown on page one, the first column, the application for this patent, Application No. 29/185,570, was filed on June 30, 2003, and the patent is assigned to Source Advantage Ltd. As shown on page 2, the second column, the asserted design patent in this action, U.S. Design Patent No. D472,183 S (Flohe), and the application for the asserted utility patent in this action, U.S. Patent Publication No. 2003/0138575 A1 (Flohe), were cited to the USPTO.

4. Attached to this Affidavit as Exhibit 3 is a true and correct copy of the Settlement Agreement in *Red Carpet Studios v. Sater*, Case No. 1:03-CV-51 (S.D. Ohio) which is part of the publicly available Appendix in *Red Carpet Studios v. Joseph*, Nos. 04-4416 and 04-4450 (6th Cir.). Paragraph 4 of this Settlement Agreement states in part that "Neil Sater and Wind Wonders, LLC agree to dismiss with prejudice the currently pending California suit, cause No. SACV03-491-NM(Rcx) (also identified as SACV03-00906-CJC(RCx) . . . ."

John Paul Davis

STATE OF OHIO

COUNTY OF HAMILTON

Subscribed and sworn to before me this 4th day of October, 2005.

Anita L. Freeman

Notary Public
My Commission expires: September 25, 2006

NOTARY PUBLIC
STATE OF OHIO

ANITA L. FREEMAN
Notary Public, State of Ohio
My Commission Expires
September 25, 2006

**CERTIFICATE OF SERVICE**

The undersigned certifies that on October 5, 2005, a true and correct copy of the foregoing **AFFIDAVIT OF JOHN PAUL DAVIS** was served by U.S. mail, first-class postage prepaid, on:

Joel D. Joseph, Esq.
JOSEPH 7 ASSOCIATES
7272 Wisconsin Avenue, Suite 300
Bethesda, Maryland 20814

Daniel E. Chaika, Esq.
CHAIKA & CHAIKA
30 Rolfe Square
Cranston, Rhode Island