US00D500702S

# (12) United States Design Patent

Lach

(10) Patent No.: US D500,702 S
(45) Date of Patent: ** Jan. 11, 2005

(54) **DIAMOND SHAPED KINETIC SCULPTURE**

(75) Inventor: **Robert L. Lach**, Cincinnati, OH (US)

(73) Assignee: **Source Advantage Ltd.**, Cincinnati, OH (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/185,570**

(22) Filed: **Jun. 30, 2003**

(51) **LOC (7) Cl.** .............................. **11-02**

(52) **U.S. Cl.** .............................. **D11/131**; D11/141

(58) **Field of Search** .............................. D11/1, 2, 43, 45, D11/79, 85, 86, 89, 90, 121, 125, 131, 141, 164, 184; D10/54, 59, 116, 119, 121; D6/580, 581; D26/138, 154; D17/99; D21/455, 458, 459, 465, 466, 467; D22/120; D23/411; 428/7–13, 20, 27, 28, 31, 542.2, 542.4, 542.6; 40/409, 411–413, 421, 422, 427, 439–441, 477, 479, 480, 484, 492–495, 559–562, 582, 617; 446/199, 201, 217, 218, 236, 238, 241, 243, 244, 487, 490; 16/216–218; 362/457, 806; 160/330, 332, 384, DIG. 6

(56) **References Cited**

U.S. PATENT DOCUMENTS

D16,550 S * 2/1886 Schneider .............. D26/154
362,017 A * 4/1887 Landenberger .............. 428/11

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

GB Des. 3005573 * 7/2002
GB Des. 3011077 * 2/2003

OTHER PUBLICATIONS

Sunshine Discount Crafts 1996 Deep Discount Craft Catalog vol. 17; 1) p. 23: spaghetti bead 2) p. 43: beads indicated by arrows.*

Milk and Honey Inc., *Mirror Mobiles, Disc Glo, Gyro Glo & Diamonds*, at http://www.milkandhoneyinc.com/mainpages/disc.htm.

Milk and Honey Inc., *Diamonds*, at http://www.milkand-honeyinc.com/New/diamondn.htm.

Douglas H. Siegel, Esq., *Complaint*, Civil Action No. 1:03CV0366, U.S. District Court, Western District of Michigan, Southern Division, Jun. 2, 2003.

Metal–Visions, *Welcome to Meal–Visions*, at http://www.metal–visions.com.

Metal Art, *Star*, at http://www.metalstreet.com/photos/18026%20star.%20large.jpg.

Milk and Honey, Inc., *Welcome to the Milk and Honey Website!*, at http://www.milkandhoneyinc.com/Templates/Blank.htm.

*Primary Examiner*—Stella Reid
*Assistant Examiner*—C. Tuttle
(74) *Attorney, Agent, or Firm*—Wood, Herron & Evans, LLP

(57) **CLAIM**

The ornamental design for a diamond shaped kinetic sculpture, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view showing my new design for a diamond shaped kinetic sculpture;
FIG. **2** is a front elevational view thereof, the rear view being identical thereto;
FIG. **3** is a right side elevational view thereof, the left side view being identical thereto;
FIG. **4** is a top plan view thereof;
FIG. **5** is a bottom plan view thereof;
FIG. **6** is a perspective view of an alternate embodiment of my design;
FIG. **7** is a front elevational view thereof, the rear view being identical thereto;
FIG. **8** is a right side elevational view thereof, the left side view being identical thereto;
FIG. **9** is a top plan view thereof; and,
FIG. **10** is a bottom plan view thereof.

**1 Claim, 4 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D19,102 | S | * | 5/1889 | Stayner | D11/79 |
| D40,887 | S | * | 9/1910 | Fishel | D11/90 |
| 1,162,230 | A | | 11/1915 | Foster | |
| D115,913 | S | | 8/1939 | Crandall | |
| 2,395,578 | A | | 2/1946 | Pergande | 40/124.1 |
| D169,125 | S | * | 3/1953 | Cheresh | D21/467 |
| 2,769,264 | A | * | 11/1956 | Niblick | 40/614 |
| D189,038 | S | | 10/1960 | Allen | D29/23 |
| D212,896 | S | * | 12/1968 | Roth | D11/81 |
| 3,629,571 | A | * | 12/1971 | Schonbek | 362/457 |
| 4,028,908 | A | * | 6/1977 | Michael | 63/23 |
| D256,483 | S | * | 8/1980 | Kupperman et al. | D21/458 |
| D283,990 | S | * | 5/1986 | Davidson | D11/97 |
| 4,746,022 | A | | 5/1988 | Benham | 211/195 |
| D301,700 | S | * | 6/1989 | Coleman | D11/86 |
| 5,130,169 | A | | 7/1992 | DeJaynes | 428/7 |
| 5,336,536 | A | | 8/1994 | Oberzan | 428/8 |
| 5,620,274 | A | * | 4/1997 | Wear | 403/171 |
| D409,414 | S | | 5/1999 | Weiner | D6/449 |
| 6,042,903 | A | | 3/2000 | Yedlin et al. | 428/7 |
| 6,048,590 | A | | 4/2000 | Phillips | 428/9 |
| 6,139,168 | A | | 10/2000 | Gary et al. | 362/252 |
| 6,200,656 | B1 | | 3/2001 | Tsang | 428/20 |
| D472,183 | S | | 3/2003 | Flohe | D11/131 |
| 2003/0138575 | A1 | | 7/2003 | Flohe | 428/7 |
| 2003/0219550 | A1 | * | 11/2003 | Walling | 428/7 |

* cited by examiner



FIG. 7



FIG. 6



FIG. 8



FIG. 9



FIG. 10



FIG. 2



FIG. 1



FIG. 3



FIG. 4



FIG. 5