UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
SEP 28 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARTIN KAMPITCH, ET AL
Plaintiff(s)

v.

C.A. No. 05-351S

ROBERT LACH, ET AL
Defendant(s)

MOTION FOR ENTRY OF APPEARANCE
PRO HAC VICE

Defendant Robert Lach and Red Carpet Studios hereby moves that Thomas J. Burger be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- ☐ The case involves the following complex area of the law, in which pro hac vice counsel specializes: ______
- ☒ Pro hac vice counsel's long-standing representation of the client: Robert Lach and Red Carpet Studios
- ☐ The local trial bar lacks experience in the field of: ______
- ☐ The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically: ______
- ☐ The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows: ______
- ☐ It is a criminal case, and pro hac vice counsel is defendant's counsel of choice.
- ☐ Other: ______

Defendant [signature]
By: Raymond M. Ripple
Attorney for Defendants
Robert Lach and Red Carpet Studios

DATED: 9/28/05

ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

(1) I certify that I am a member in good standing of the bar of the State(s) of Ohio and the following federal district court bar(s) for the Southern District of Ohio (by examination), without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district:
None.

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of local associate counsel.

Thomas J. Burger (signature)
Name Thomas J. Burger

Firm Name
Wood, Herron & Evans, LLP
Business Address
2700 Carew Tower
441 Vine Street
Cincinnati, OH 45202-2917
513-241-2324 Tel. #
513-241-6234 Fax #

Raymond M. Ripple (signature)
Local Associate Counsel
Raymond M. Ripple
R.I. Bar ID#
6489
Firm Name
Edwards & Angell, LLP
Business Address
2800 Financial Plaza
Providence, RI 02903
401-274-9200 Tel. #
401-276-6611 Fax #

---

ORDER: This motion is hereby Granted.

Mary M. Lisi (signature)
U.S. District Judge

Date: 10/13/05

UNITED STATES DISTRICT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARTIN KAMPITCH, et al, | : | |
| Plaintiffs | : | |
| v. | : | C.A. No. 05-351S |
| ROBERT LACH, et al, | : | |
| Defendants | : | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 28th day of September 2005, I caused a true copy of the within Motion For Entry of Appearance Pro Hac Vice of Thomas J. Burger to be served by first class mail, postage prepaid, to the following counsel of record:

Joel D. Joseph, Esq.
JOSEPH & ASSOCIATES
7272 Wisconsin Avenue, Suite 300
Bethesda, MD 20814

Daniel E. Chaika, Esq.
CHAIKA & CHAIKA
30 Rolfe Square
Cranston, RI 02910

______________________