UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
OCT 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARTIN KAMPITCH, et al. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | CA 05 351S |
| | ) | |
| ROBERT LACH, et al. | ) | |
| | ) | |
| Defendants | ) | |

## MOTION FOR AN EXTENTION OF TIME TO RESPOND TO MOTION TO DISMISS

Plaintiffs move for an extension of time to respond to the motion to dismiss to and until October 24, 2005. Counsel for defendants has informed plaintiffs' counsel that defendants will not oppose this motion.

This motion may not be necessary because defendants supplemented their motion with an affidavit of John Paul Davis that was served by mail on October 5, 2005. However, in order to make it clear that plaintiffs' opposition will be timely filed, plaintiffs are filing this motion.

The lead counsel for plaintiffs, Joel D. Joseph, has been ill for the past ten days, and additional time is needed to prepare a thorough response.

For all of these reasons the motion should be granted.

DANIEL CHAIKA
CHAIKA & CHAIKA
30 Rolfe Square
Cranston, Rhode Island 02910
(401) 941-5070

Granted.
Mary M. Lisi
USDJ 10/17/05

JOEL D. JOSEPH
7272 Wisconsin Avenue, Suite 300
Bethesda, MD 20814
(301) 941-1989
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I certify that I have mailed a copy of this motion to Raymond Ripple, Edwards & Angell, 2800 Financial Plaza, Providence, Rhode Island 02903 this 14th day of October, 2005.

DANIEL CHAIKA