UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARTIN KAMPITCH et al
Plaintiff(s)

v.

C.A. No. 05-351 ML

ROBERT LACH et al
Defendant(s)

MOTION FOR ENTRY OF APPEARANCE
PRO HAC VICE

Plaintiffs ~~Defendant~~ by local counsel hereby moves that JOEL D JOSEPH be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which Pro Hac Vice counsel specializes: INTELLECTUAL PROPERTY
- Pro Hac Vice counsel's long-standing representation of the client: ALL PLAINTIFFS
- The local trial bar lacks experience in the field of: __________.
- The case involves complex legal questions under the law of a foreign jurisdiction with which __________ counsel is familiar, specifically : __________.
- The case requires extensive discovery in a foreign jurisdiction convenient to __________ counsel, as follows: __________.
- It is a criminal case, and __________ counsel is defendant's counsel of choice.
- Other: __________.

(Plaintiff/~~Defendant~~)
By: [signature]
Attorney for Plaintiffs Martin Kampitch et al

DATED: 10-19-05

SCANNED

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of MARYLAND and of the following Federal District Court and/or Court of Appeals Bar(s) 1ST, 2ND, 4TH, 6TH, 7TH 10TH + 11 CIR, and that my eligibility to practice before those courts has not been restricted in any way. US DC DC, MD + COLORADO.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

| | |
|---|---|
| JOEL D. JOSEPH<br>Name | Local Associate Counsel |
| | 3765<br>R.I. Bar ID # |
| LAW OFFICES OF JOEL JOSEPH<br>Firm Name | Clarke & Clarke<br>Firm Name |
| 7272 WISCONSIN AVE<br>Business Address<br>SUITE 300<br>BETHESDA MD 20814 | 30 Rolfe Sq.<br>Business Address<br>Cranston RI 02910 |
| (301) 941-1989 Tel. # / (240) 209-4000 Fax # | 401 941 5070 Tel. # / 401 941 5299 Fax # |

---

**Order :** This motion is hereby ________________.

U.S. District Judge
Date: ________________

pro hac vice motion (rev.3/05)

UNITED STATES DISTRICT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARTIN KAMPITCH, et al, | : | |
| Plaintiffs | : | |
| vs. | : | C.A. No. 05-351S |
| ROBERT LACH, et al, | : | |
| Defendants | : | |

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 24th day of September, 2005, I caused a true copy of the within Motion for Entry of Appearance Pro Hac Vice of Joel D. Joseph, Esquire to be served by first class mail, postage prepaid, to the following counsel of record:

Raymond M. Ripple, Esquire
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Wood, Herron & Evans, LLP
ATTN: Thomas J. Burger, Esquire
and John Paul Davis, Esquire
2700 Carew Tower
441 Vine Street
Cincinnati, OH 45202-2917

[signature]