EXHIBIT 1

Home & Gift
RETAILER IN SEARCH OF INTRIGUING MERCHANDISE




## Dan, Mitch and Bob Lach Red Carpet Studios

For Dan, Mitch and Bob Lach, garden products are a family passion. When they sold their previous garden and gift supply business, New Creative Enterprises, the Lachs ventured into a completely different kind of product -- indoor terrariums. Their ideas quickly became Red Carpet Studios.

Terrariums from Red Carpet Studios are as functional as they are beautiful. Before designing the look of their terrariums, the Lachs researched the ideal terrarium. All of the specifics, from how deep to make the plant tray to what kind of glass to use, have been implemented into every



## Garden sculpture

Stone birds from Global Village Trading are handmade from soapstone and metal by artist Peter Tendergawu of Harare, Zimbabwe. The final color of the polished stone comes through only when it is heated, making each piece unique. Large birds are about 10 inches tall and weigh 2-5 pounds, while the smaller birds stand under 7 inches tall and weigh about 1 pound. Wholesale prices are $22.50 for large and $11 for small.

*For more: Henry Miller, Global Village Trading, 202 Business Center, 355 W. Main St., Unit 114, Norristown, PA 19401; (800) 890-5117; fax (707) 924-1133;*



## Glass rocks

Rainrocks are made in America from 100-percent recycled glass. New, deep colors have recently been added to the line, giving an option to the soft beach tones previously offered. Rainrocks are packaged in cinch-sacks made of Malaysian grass weave. Suggested retail price is $10 for a 2-pound bag.

*For more: Laura Broyhill, Rainrock, P.O. Box 3271, Kirkland, WA 98083; (888) 257-3281; fax (425) 699-0482; www.rainrock.com.*

design. Red Carpet Studios' terrariums are more than just pretty designs -- they are easy to use, durable and plant-friendly.

The terrariums come in all-metal and metal-wood combination designs. Wholesale prices range from $10 to $275.

For more: Dan Lach, Red Carpet Studios, 4325 Indeco Court, Cincinnati, OH 45241; (877) 985-0405; fax (513) 985-0454.



*www.globalvillagetrading.com.*



**Pottery line**
Each pot in the Anamese line is specially selected for its detail and classic design. The people at Anamese comb through the kilns of Vietnam searching for the perfect pot, then act as distributor for those designs to American retailers. Each pot is handmade and fired in a 12-day cycle, using a 600-year-old process. Wholesale prices range from $10 to $70 for individual pots, or $149 for a set of four.

*For more: Nancy LaMotte, Anamese Garden Pots, 18080 La Motte Road, Welsh, LA 70591; (337) 734-3656; fax (337) 734-3666; www.anamese.com.*

**Send this article to a friend**

Enter your e-mail address:

Enter your friend's e-mail address:

Click the image below to send: