EXHIBIT 2



ENQUIRER BUSINESS COVERAGE

# New Creative has new partners

**Saturday, September 26, 1998**

BY **AMY HIGGINS**
**The Cincinnati Enquirer**

The founders of New Creative Enterprises Inc. have themselves some new partners.

Management in the Milford-based decorative product maker sold 72 percent of their company to a group of private investors for an undisclosed sum.

New Creative Enterprises co-founder and president Robert L. Lach said the new investors will bring expertise in how to finance acquisitions and how to eventually take the company public.

"We know how to do what we do . . . but we don't know anything about going public," Mr. Lach said. "This puts people in the company who really know how to go forward."

New Creative Enterprises' products include decorative flags, wind chimes, bird houses, feeders and lawn ornaments. They are sold through 20,000 independent stores nationwide.

The company was founded in 1980. It has 215 full-time and 200 temporary employees.

Mr. Lach, co-founder and executive vice president Leonard R. Gorelick, and vice president of operations Daniel R. Lach had held 80 percent of the company. Other company managers had held the other 20 percent.

Mr. Lach said senior management also reinvested in the company. Between three groups of investors and company management, $70 million in cash was reinvested in the company.

He said the added capital helps finance a 200,000-square-foot addition to the company's existing 250,000-square-foot building in Milford.

"We all feel real good about the direction of the company,"

Mr. Lach said, adding that 1998 sales are expected to be more than $90 million.

The primary investor in the deal is Fenway Partners Inc., a New York-based private investment firm. It has more than $1 billion under management and focuses on acquiring domestic middle-market companies that offer significant opportunities for growth.

Other investors are Blue Capital, also a New York-based private investment firm, and Patrick Koo, a Hong Kong businessman.

---

**Business Headlines for Saturday, September 26, 1998**

Fifth Third to acquire Enterprise
Getz back in business
Home sales still breaking records
INDUSTRY NOTES: RETAIL
New Creative has new partners
PEOPLE ON THE MOVE
Star jobs could change
TRISTATE MARKET SPOTLIGHT
TRISTATE SUMMARY

Search | Questions/help | News tips | Letters to the editors
Web advertising | Place a classified | Subscribe | Circulation

Copyright 1995-2000. The Cincinnati Enquirer, a Gannett Co. Inc. newspaper.
Use of this site signifies agreement to terms of service updated 4/5/2000.