EXHIBIT 3

## Fenway Partners Makes Significant Investment in Home Decorative Products Company

Management Team Maintains Ownership and Remains with Firm

NEW YORK, Sept. 15 /PRNewswire/ -- Fenway Partners, Inc., a New York-based private investment firm, today announced that it has made a significant investment in New Creative Enterprises, Inc. (NCE) with the participation of the company's senior management. NCE is a leading designer and marketer of decorative products and giftware for both indoor and outdoor display. Terms of the transaction were not disclosed.

Senior management participating in the transaction include the firm's co-founders, Robert L. Lach, President, and Leonard R. Gorelick, Executive Vice President, in addition to Daniel R. Lach, Vice President of Operations. Together, they have more than 40 years of experience in the giftware industry. They will continue in their present management positions.

With sales of approximately $100 million, NCE has built a leading business which provides a wide range of complementary giftware and accessories for the growing home decorative market. NCE's product offerings include such home display items as decorative flags, windchimes, bird houses, feeders, lawn ornaments and other decorative giftware products which are sold through 20,000 independent giftware, hardware, lawn and garden, department, and mass merchandise stores.

"We are pleased to partner with New Creative Enterprises to help its management enhance the business. We will actively identify new acquisition opportunities in the gift and decorative trade that will further strengthen the company's existing product lines," said Andrea Geisser, a principal of Fenway Partners. "NCE is a strong addition to Fenway's portfolio of companies, which includes a leading decorative products company with similar channels of distribution."

NCE's President, Robert Lach, said: "We are excited about the future of our business and we are very pleased that Fenway will help us to achieve our full potential. This new relationship enables us to better grow the business by strengthening the nationwide network of representatives and expanding product lines for customers."

Fenway maintains an investment in a related company, Decorative Concepts, Inc., (DCI), a leading distributor of artificial flowers in the U.S. In addition to DCI, Fenway's investments include Aurora Foods, Iron Age Corporation, Delimex, and CT Farm & Country.

Headquartered in Milford, Ohio, a suburb of Cincinnati, NCE has approximately 200 employees.

Blue Capital, a private investment firm formed by a group of former McKinsey & Company partners, has also made an investment in NCE.

Fenway Partners, a New York-based private investment firm with over $1 billion under management, focuses on acquiring domestic middle market companies with leading franchises that offer significant opportunities for growth through improvement in core operations and selective add-on acquisitions. It has invested in businesses with an aggregate transaction value of over $2 billion.

*SOURCE Fenway Partners, Inc.*

Issuers of news releases and not PR Newswire are solely responsible for the accuracy of the content.