EXHIBIT 4

**THE Northeast Market CENTER** Suite 408
1000 Technology Park Drive, Billerica, Massachusetts 01821

BRASSSMITH HOUSE

| | |
|---|---|
| Principal: | **Karl Bjork** |
| Showroom Open: | M |
| Showroom Phone: | (800) 777-5743 |
| Office Phone: | (800) 853-3902 |
| E Mail: | kabjork@rcn.com |
| Fax Number: | (866) 853-3903 |
| Website: | www.BrassSmithHouse.com |



**Representing:**

**A Candle In The Window, Andrea By Sadek, Anything & Everything, Art In Motion, Artstrings, Bailey Street Tradign Co., Chamilia, Champion Sales, Claire Burke, Connoisseaur Arts, Continental Creations, Courage USA, Crabtree & Evelyn, Crystal Clear Lighting, Demdaco, Derry Ironworks, Dionis Goat Milk Soap, Dream Chocolate, E. Zarro, Fenton Art Glass, Fifth Avenue Crystal, Floral Treasure, Golf Gifts & Gallery, Goodwin Weavers, Green Rhino, Hampshire Pewter, Illumination Station, India Home Fashions, Irvin's Tinware & Lighting, J. Wilfred, Jeremie, Lamp Factory, LeBarc, Love Letters, Ma's Bobbin Works, Manhatten Candlelights, Matthews Wire, Mele, Northern Rose, Parasol, Paris & Beebe, Pasley Textiles, Plata, Red Carpet Studio, Reflections Of The Heart, Rosy Rings, Sadek, Charles Import Co., Scheibe & Company, Scojo Vision, Seth Thomas, Southcoast, Southern California Candle Co., Suave, Swibco, Taggles, The Greeting Place, The Memory Company, The Rare Shop, Thomas Nelson, Time Passages, V.K. Collection, Village Candle Company, Vitabath, Zoppini**

# BrassSmith House
# Sales Team

Sales Division I | Sales Division II | Sales Division III | Sales Division - New York and New Jersey

## Sales Division I

| | | |
|---|---|---|
| Karl Bjork | Northeast Massachusetts | karl.bjork@verizon.net |
| Andy Bjork | Southern & Central Massachuestts | kabjork@rcn.com |
| Dan O'Brien | Sales Director/Key Accounts | dobrien@gowebway.com |
| Ellen Angwin | Maine & New Hampshire | d_e_angwin@msn.com |
| Anna Galvin | Central & Eastern Connecticut | HerNibs45@earthlink.com |
| Linda Dowd-Keegan | Southeastern Massachusetts, Cape Cod & Rhode Island | ldkeegan@mindspring.com |
| Al Goodman | Greater Boston Area | GDG58@aol.com |
| Rich Congdon | Vermont, Western Massachusetts, & Eastern Upstate New York | rcongdon87@yahoo.com |
| Diane Osgood | Central Massachusetts | oz2good@aol.com |
| Kathy Camillone | Southwestern Connecticut | crabkate@hotmail.com |

See Lines Represented by BrassSmith House Sales Division I

Back to the Top

## Sales Division II

| | | |
|---|---|---|
| Karl Bjork | Northeast Massachusetts | karl.bjork@verizon.net |
| Andy Bjork | Southern & Central Massachuestts | kabjork@rcn.com |

| | | |
|---|---|---|
| Dan O'Brien | Sales Director/Key Accounts | dobrien@gowebway.com |
| Joe Shapiro | Connecticut & Hudson Valley, NY | Joeshap@optonline.net |
| Lloyd Doughty | Maine & New Hampshire | ladsand@earthlink.net |
| Carol Bienenfeld | Eastern Massachusetts, Cape Cod, Rhode Island & Eastern Connecticut | cbienenfeld@cox.net |
| Diane Paquin | Vermont | Dpaquinvt@aol.com |
| Steven Goecke | Metro Boston | srgoecke@attbi.com |
| Rick Parmenter | Massachusetts & Rhode Island | rickbsh@earthlink.net |

See Lines Represented by BrassSmith House Sales Division II

Back to the Top

## Sales Division III

| | | |
|---|---|---|
| Harold Bolduc | Central Massachusetts, Cape Cod, Eastern Connecticut & Rhode Island | |
| Galee Woods-Lemaire | Maine | galee@ace.mv.com |
| Kathy Buckley | Southeastern Massachusetts, Cape Cod & Rhode Island | pupmum@cox.net |
| Gordon Sargent | Western Massachusetts, New Hampshire & Vermont | gbsarge@valley.net |
| Dean Wilson | Connecticut | dawilsonandco@aol.com |
| Carol Bienenfeld | Eastern Massachusetts, Cape Cod, Rhode Island & Eastern Connecticut | cbienenfeld@cox.net |
| Steven Goecke | Metro Boston | srgoecke@attbi.com |

# BrassSmith House
# Manufacturers and Importers

Sales Division I | Sales Division II | Sales Division III | Sales Division - New York and New Jersey

BrassSmith House takes pride in representing a number of prestigious companies in the Gift and Decorative Accessories industry. While each of our sales divisions handles several major resources, we constantly work to bring onboard new and exciting smaller ranges that we believe compliment our overall offering.

## Sales Division I

| | |
|---|---|
| Crabtree & Evelyn | Personal Care, Fine Toiletries, Comestibles |
| DEMDACO | Figurines, Home Decor, Holiday |
| Village Candle Company | Fragranced Gift Candles - Jars, Votives, Simmerblends, Accessories |
| Goodwin Weavers | Textiles for the Home - Throws, Wall Tapestries, Pillows, Rugs |
| Taggies, Inc. | Baby Security Blankets and accessories |
| Fundamentals, LLC | Ladies Handbags, Purses and accessories |
| LeBlanc | Hand-embroidered lavender sachets and pillows from France |
| Derry Ironworks | Traditional Candle Accessories and Lighting |
| Greeting Place | Fun Cards, Mugs, Calendars - combines nostalgia and humor |
| Herdoos | Mirrors and Hairbrushes for Teens and Tweens |
| ArtStrings | Traditional and contemporary wall decor. Fantastic frame stock selection and great pricing. |

*Please check with your territory representatives for the most complete information on the lines we are working with.*

See Listing of Sales Team for BrassSmith House Division I

Back to the Top

## Sales Division II

| | |
|---|---|
| Andrea by Sadek | Most complete line of Gifts and Decorative Accessories in the Industry. Brass, Silverplate, Hand-Painted Porcelains, Tabletop, Dinerware, Lighting, more. |
| Bailey Street Trading | Exceptional collection of accessory furnitiure, well-designed traditional and contemporary |
| Dezine | Wonderful collections of resin frames, boxes and accessories. Well known Fairy Figurine Collection. |
| Jay Willfred | European Ceramics |
| Red Carpet Studios | Garden and Home - birdfeeders, spinning outdoor accessories, garden gates, deck accessories, more |
| Scheibe & Co. | Famous American manufacturer of Snack-Tray Tables and Luggage Racks |
| Haeger Potteries | Decorative vases, bowls, sculpture, candle accessories. |