UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARTIN KAMPITCH, et al., Plaintiffs, v. ROBERT LACH, et al., Defendants. | ) | C.A. No. 05-351-ML |

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM**

Defendants Robert Lach and Red Carpet Studios ("Defendants") hereby seek leave of this Court to file a Reply Memorandum, not to exceed five (5) pages, in order to respond to the arguments raised by Plaintiffs in their Opposition to Defendants' Motion to Dismiss.

ROBERT LACH and RED CARPET STUDIOS

By their Attorneys,

Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE LLP
2800 BankBoston Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (telecopy)

OF COUNSEL:

Thomas J. Burger (*pro hac vice*)
John Paul Davis (*pro hac vice*)
WOOD, HERRON & EVANS, L.L.P.
441 Vine Street
Cincinnati, Ohio 45202
Telephone: 513-241-2324
Facsimile: 513-241-6234

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing motion was served this 1st day of November 2005, on the below named counsel, by first class mail:

Joel D. Joseph, Esq.
JOSEPH & ASSOCIATES
7272 Wisconsin Avenue, Suite 300
Bethesda, Maryland 20814

Daniel E. Chaika, Esq.
CHAIKA & CHAIKA
30 Rolfe Square
Cranston, Rhode Island 02910

[signature]