THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARTIN KAMPITCH, etal., Plaintiffs | : | |
| vs. | : | C.A. NO. 05-351ML |
| ROBERT LACH, etal., Defendants | : | |

LOCAL ASSOCIATE COUNSEL'S, AMENDED CERTIFICATION FOR PRO HAC VICE ADMISSION

Now comes local counsel, Daniel E. Chaika, Esquire, business address of 30 Rolfe Square, Cranston, RI 02910, and avers as follows:

1. I mistakenly failed to disclose to this Court that last year in the case of Sandra Bonazoli d/b/a Beehive Kitchenware vs. R.S.V.P. International, Inc. and The Paragon Gifts, Inc., bearing C.A. No. 03-0514S, I was local counsel to Attorney Joel D. Joseph and appeared before Judge Smith. This omission was an oversight and Attorney Joseph's conduct in that matter was diligent, professional and thoroughly prepared.

2. That during my association with Attorney Joseph in the above captioned matter, I had no reason to believe that his performance was substandard in any manner whatsoever.

3. That it is my recollection that at the conclusion of argument when the Motions were set down for hearing that the Judge commended all parties on their efforts in that matter.

4. That subsequent to the above captioned Bonazoli matter, I was local associate counsel and moved for the Pro Hac Vice admisison of Attorney Joel D. Joseph in the United States District Court for the District of Massachusetts in the matter of John Knight, etals. vs. Christmas Tree Shops, Inc., bearing C.A. No. 1:04-cv-12698. Said case is still pending, however, since the filing of that matter, once again, Attorney Joseph's performance has been diligent, professional and without question.

5. That the above is the extent of my dealings with Attorney Joseph.

6. That the other allegations contained in the Defendant's opposition to my Motion for the admission Pro Hac Vice of Attorney Joel D. Joseph in the instant matter are all matters I was unfamiliar with and unaware of until the filing and will be responded to directly by Affidavit of Attorney Joseph.

7. That pursuant to local Rule 5 and the practice of this Court, it is clear in my Letters of Engagement with Attorney Joseph that all documents prior to filing are to be provided to my office, reviewed by myself and my signature is to be contained on all.

Respectfully Submitted,
Plaintiffs' Local Associate Counsel

Daniel E. Chaika, Esq. (#3765)
Chaika & Chaika
30 Rolfe Square
Cranston, RI 02910
(401) 941-5070 - telephone
(401) 941-5299 - facsimile

Dated: November 14, 2005

# CERTIFICATE

I hereby certify that I mailed a copy of the within Local Associate Counsel's Amended Certification for Pro Hac Vice Admission to Raymond M. Ripple, Esquire at Edwards & Angell, LLP, 2800 Financial Plaza, Providence, RI 02903 and to Wood, Herron & Evans, LLP, Attention Thomas J. Burger, Esquire and John Paul Davis, Esquire, 2700 Carew Tower, 441 Vine Street, Cincinnati, OH 45202-6234 on the 15 day of November, 2005.