UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARTIN KAMPITCH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-351-ML |
| | ) | |
| ROBERT LACH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**SUPPLEMENTAL ATTORNEY CERTIFICATIONS RELATING TO DEFENDANTS' COUNSELS' PRO HAC VICE ADMISSIONS**

Upon review of the attorney certifications for pro hac vice admission submitted by Defendants, counsel learned that its previous submission was presented to the Court on an outdated form. Although the Court has already granted the motions for admission pro hac vice of Mr. Davis and Mr. Burger, in the interest of full disclosure, Defendants hereby supplement their previous submissions.

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the States (s) of Ohio, Illinois, Minnesota and District of Columbia and the following Federal District Court and/or Court of Appeals Bar (s) United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Sixth Circuit, Court of Appeals for the Armed Forces, and United States Court of Appeals for the Federal District, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are not disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of local associate counsel.

| | |
|---|---|
| [signature] | [signature] |
| Name John Paul Davis | Local Associate Counsel |
| | Raymond M. Ripple |
| | R.I. Bar ID# |
| Firm Name | 6489 |
| Wood, Herron & Evans, LLP | Firm Name |
| Business Address | Edwards & Angell, LLP |
| 2700 Carew Tower | Business Address |
| 441 Vine Street, Cincinnati, Ohio 45202-2917 | 2800 Financial Plaza |
| | Providence, RI 02903 |
| 513-241-2324 Telephone # / 513-241-6234 Fax # | 401-274-9200 Telephone # / 401-276-6611 Fax # |

---

ORDER: This motion is hereby ______________________.

______________________
U.S. District Judge

Date: ______________________

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the States (s) of Ohio and the following Federal District Court and/or Court of Appeals Bar (s) United States District Court for the Southern District of Ohio, United States Court of Appeals for the Sixth Circuit, and United States Court of Appeals for the Federal Circuit, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are not disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)[1]

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of local associate counsel.

Name Thomas J. Burger

Firm Name
Wood, Herron & Evans, LLP
Business Address
2700 Carew Tower
441 Vine Street, Cincinnati, Ohio 45202-2917

513-241-2324 Telephone #
513-241-6234 Fax #

Local Associate Counsel
Raymond M. Ripple
R.I. Bar ID#
6489
Firm Name
Edwards & Angell, LLP
Business Address
2800 Financial Plaza
Providence, RI 02903
401-274-9200 Telephone #
401-276-6611 Fax #

---

ORDER: This motion is hereby ______________________________.

______________________
U.S. District Judge

Date: ______________

[1] Regardless of whether it is relevant to item (2) above, in the interest of full disclosure, I further state that during the spring of 1994, to the best of my recollection, a senior partner in our firm and I were each fined $100 by the U.S. District Court for the District of Nebraska, because we inadvertently failed to contact opposing counsel, pursuant to a local rule, prior to filing a motion to compel the production of documents. The total amount was immediately paid to the court, the motion was ruled on, discovery continued, and the case eventually settled. The case involved U.S. Patent Nos. 5,100,281 and 5,013,208, owned by the J&M Manufacturing Co., Inc. of Fort Recovery, Ohio.

ROBERT LACH and RED CARPET STUDIOS

By their Attorneys,

Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 (Fax)

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 21, 2005, a true and correct copy of the foregoing was served by facsimile and U.S. mail, first-class postage prepaid, on:

Joel D. Joseph, Esq.
JOSEPH & ASSOCIATES
7272 Wisconsin Avenue, Suite 300
Bethesda, Maryland 20814

Daniel E. Chaika, Esq.
CHAIKA & CHAIKA
30 Rolfe Square
Cranston, Rhode Island 02910