UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARTIN KAMPITCH, et al.

Plaintiffs

vs. C.A. No. 05 351S

ROBERT LACH, et al.

Defendants

PLAINTIFFS' MOTION TO CONTINUE
DEFENDANTS' MOTION TO DISMISS

Now come the plaintiffs by and through counsel and requests this Honorable Court to continue the Defendants' Motion to Dismiss currently scheduled for Wednesday, January 4, 2006 at 10:30 a.m.

As grounds therefore, plaintiffs' counsel states that on December 14, 2005 this Honorable Court denied plaintiffs' Motion for Admission Pro Hac Vice of counsel, Joel D. Joseph, Esquire, in this matter. That on December 16, 2005 the Court scheduled a hearing on the defendants' previously filed Motion to Dismiss; said matter being placed on the calendar for hearing on Wednesday, January 4, 2006.

That upon receiving notice of the denial of Attorney Joseph's Pro Hac Vice admission on December 16, 2005, attempts have been made to find competent co-counsel or successor counsel to assist and/or replace Attorney Chalka in the representation of plaintiffs in this matter.

That due to the fact that the Christmas and New Years Holidays occur

Granted. The hearing on the Motion to Dismiss is continued to January 27, 2006 at 10:00 AM.
[signature] USDJ 12/30/05

between the denial of the Pro Hac Vice Motion and the scheduled hearing date on the Motion to Dismiss of the defendants, a successor and/or co-counsel has not been obtained and your plaintiffs are seeking a continuance so that they may be properly represented for both the dispositive motion filed by the Defendants and the orderly progression of the lawsuit.

Attorney Chaika has been informed by Attorney Ripple that Defendants will not object to this request for a continuance.

WHEREFORE, the plaintiffs pray that this Honorable Court continue and reschedule the hearing on the defendants' Motion to Dismiss in order that they may secure appropriate counsel.

Plaintiffs
By their Attorney,

DANIEL E. CHAIKA, ESQ. #3765
CHAIKA & CHAIKA
30 Rolfe Square
Cranston, Rhode Island 02910
(401) 941-5070 - telephone
(401) 941-5299 - facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of December, 2005, I caused a true copy of the within Plaintffs' Motion to Continue Defendants' Motion to Dismiss to be served by first class mail, postage prepaid, to the following counsel of record:

Raymond M. Ripple, Esquire
Edward & Angell LLP
2800 Financial Plaza
Providence, Rhode Island 02903

Wood, Herron & Evans, LLP
ATTN: Thomas J. Burger, Esq.
and John Paul Davis, Esq.
2700 Carew Tower
441 Vine Street
Cincinnati, OH 45202--2917

DANIEL E. CHAIKA, ESQ.