UNITED STATES DISTRICT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARTIN KAMPITCH, et al, | : | |
| Plaintiffs | : | |
| vs. | : | C.A. No. 05-351ML |
| ROBERT LACH, et al, | : | |
| Defendants | : | |

## MOTION FOR CONTINUANCE

Now comes Attorney Daniel E. Chaika, local counsel for the Plaintiffs in the above-captioned matter and hereby moves this Honorable Court to continue the Defendants' Motion to Dismiss (presently scheduled for hearing on January 27, 2006) in this matter.

This Honorable Court has previously continued the hearing on Defendants' pending Motion to Dismiss to allow the Plaintiffs to find successor counsel. Since the time of the last request, successor counsel has not been found. Furthermore, counsel for the Defendants have made a demand to all Plaintiffs for the dismissal of the underlying claim prior to this Court's hearing on their Motion to Dismiss. Said request, as well as your undersigned's Motion to Withdraw, has been forwarded to all Plaintiffs at this time, and Attorney Chaika, on behalf of the Plaintiffs, hereby requests this Honorable Court to continue the Defendants' Motion to Dismiss currently down for hearing on January 27, 2006 at 10:00 a.m., to a date in the future, pending the resolution of issues pertaining to

Plaintiffs' attorney's Motion for Leave to Withdraw and the status of the undersigned counsel.

Respectfully Submitted,

Daniel E. Chaika by William Y. Chaika

Daniel E. Chaika, Esq. (#3765) (#0568)
Chaika & Chaika
30 Rolfe Square
Cranston, RI 02910
(401) 941-5070 - telephone
(401) 941-5299 - facsimile

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 13th day of January, 2006, I caused a true copy of the within Motion For Continuance to be served by first class mail, postage prepaid, to the following plaintiffs and counsel of record for the defendants:

MARTIN KAMPITCH
15 Milton Rd.
Warwick, RI 02888

LINDA KAMPITCH
15 Milton Rd.
Warwick, RI 02888

MARTIN HENRY DESIGNS
15 Milton Rd.
Warwick, RI 02888

HELENA R. FROST
41 Old Route 6
Brewster, NY 10509

HELENA FROST ASSOCIATES, LTD.
41 Old Route 6
Brewster, NY 10509

TIMOTHY J. FLOHE
6262 N. Moe Rd.
Middleville, MI 49333

Raymond M. Ripple, Esquire
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

**also in Fax (401-276-6611)**

Wood, Herron & Evans, LLP
ATTN: Thomas J. Burger, Esquire
and John Paul Davis, Esquire
2700 Carew Tower
441 Vine Street
Cincinnati, OH 45202-2917

**also in Fax (513-241-6234)**