UNITED STATES DISTRICT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARTIN KAMPITCH, et al, | : | |
| Plaintiffs | : | |
| vs. | : | C.A. No. 05-351ML |
| ROBERT LACH, et al, | : | |
| Defendants | : | |

FILED
JAN 13 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MOTION FOR LEAVE TO WITHDRAW

Now comes Attorney Daniel E. Chaika, local counsel for the Plaintiffs in the above-captioned matter, and hereby moves this Honorable Court for leave to permit him to withdraw from representation of all Plaintiffs in this matter. This Motion is presented in accordance with Local Rule 6(b).

Upon information and belief, the successor representation of Plaintiffs by another counsel may occur on or before the next scheduled hearing date. One or more of the Plaintiffs, or their successor counsel, may also seek a continuance of the Defendant's Motion to Dismiss on or before January 27, 2006, and your undersigned has contemporaneously herewith requested a continuance of said Motion, as well.

Respectfully Submitted,

Daniel E. Chaika by William Chaika (#0568)

Daniel E. Chaika, Esq. (#3765)
Chaika & Chaika
30 Rolfe Square
Cranston, RI 02910
(401) 941-5070 - telephone
(401) 941-5299 - facsimile

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 13th day of January, 2006, I caused a true copy of the within Motion for leave to Withdraw to be served by first class mail, postage prepaid, to the following plaintiffs and counsel of record for the defendants:

MARTIN KAMPITCH
15 Milton Rd.
Warwick, RI 02888

LINDA KAMPITCH
15 Milton Rd.
Warwick, RI 02888

MARTIN HENRY DESIGNS
15 Milton Rd.
Warwick, RI 02888

HELENA R. FROST
41 Old Route 6
Brewster, NY 10509

HELENA FROST ASSOCIATES, LTD.
41 Old Route 6
Brewster, NY 10509

TIMOTHY J. FLOHE
6262 N. Moe Rd.
Middleville, MI 49333

Raymond M. Ripple, Esquire
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

**also via fax (401-276-6611)**

Wood, Herron & Evans, LLP
ATTN: Thomas J. Burger, Esquire
and John Paul Davis, Esquire
2700 Carew Tower
441 Vine Street
Cincinnati, OH 45202-2917

**also via fax (513-241-6234)**

William Y. Chaika for Daniel E. Chaika