THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JAN 26 2006
Property of U.S. District Court
District of Rhode Island

MARTIN KAMPITCH, et al, :
:
Plaintiffs :

VS. : C.A. NO. 05-351ML

ROBERT LACH, et al., :
:
Defendants :

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1), plaintiffs, Mr. Martin Kampitch, Ms. Linda Kampitch and Martin Henry Designs hereby dismiss all claims in their Complaint against defendants, Robert Lach and Red Carpet Studios division of Source Advantage, Ltd. with prejudice.

Respectfully submitted,

Daniel E. Chaika, Esq. (#3765)
Chaika & Chaika
30 Rolfe Square
Cranston, RI 02910
(401) 941-5070 - telephone
(401) 941-5299 - facsimile

Date: January 25, 2006

Enter:
Mary M. Lisi
USDJ 1/27/06

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 25, 2006, a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE was served by facsimile and U.S. mail, first-class postage prepaid, on:

Raymond M. Ripple, Esq.
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
Facsimile: (888) 325-7265

Thomas J. Burger, Esquire
John Paul Davis, Esquire
WOOD, HERRON & EVANS, L.L.P.
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202
Facsimile: (513) 241-6234