RECEIVED
JAN 26 2006
Property of U.S. District Court
District of Rhode Island

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARTIN KAMPITCH, et al.,

Plaintiffs

v.

ROBERT LACH, et al.,

Defendant.

C.A. No. 05-351-ML

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1), plaintiffs Helena R. Frost and Helena Frost Associates, Ltd. hereby dismiss all claims in their Complaint against defendants Robert Lach and Red Carpet Studios division of Source Advantage, Ltd. with prejudice.

Date: January 25, 2006

Respectfully submitted,

Daniel E. Chaika, Esq. (#3765)
CHAIKA & CHAIKA
30 Rolfe Square
Cranston, Rhode Island 02910
Telephone: 401-941-5070
Facsimile: 401-941-5299

Enter:
Mary M. Lisi
USDJ 1/27/06

**CERTIFICATE OF SERVICE**

The undersigned certifies that on January 25, 2006, a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** was served by facsimile and U.S. mail, first-class postage prepaid, on:

Raymond M. Ripple, Esq.
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
Facsimile: 888-325-7265

Thomas J. Burger, Esq.
John Paul Davis, Esq.
WOOD, HERRON & EVANS, L.L.P.
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202
Facsimile: 513-241-6234