UNITED STATES DISTRICT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARTIN KAMPITCH, et al, | : | |
| Plaintiffs | : | |
| vs. | : | C.A. No. 05-351ML |
| ROBERT LACH, et al, | : | |
| Defendants | : | |

## AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW

Now comes Attorney Daniel E. Chaika, under oath and represents to this Honorable Court as follows:

1. That I have been unable to communicate with plaintiff, Timothy J. Flohe.

2. That on January 13, 2006 I forwarded correspondence to all the original plaintiffs in the above entitled matter and to date, have had no response from plaintiff, Timothy J. Flohe.

3. That I had been placing telephone calls to Mr. Flohe's residence on numerous occasions during the week of January 23 through 27, 2006 and have left several messages with his wife.

4. That neither Mr. Flohe nor an attorney on his behalf have responded to any of my inquiries.

5. That in my correspondence dated January 13, 2006 mentioned in paragraph 2 above, my intention to withdraw from representing him in this matter was clear.

was clear.

6. That after Court on January 27, 2006 I attempted once again to contact Mr. Flohe by telephone and again, was only able to speak to his wife. At this time I relayed to her the substance of the events at Court on January 27, 2006 and requested that she urge her husband, Mr. Flohe, to seek counsel and stressed to her the importance that he be present for the February 28, 2006 hearing on my Motion to Withdraw and be ready to either represent himself or have counsel by that date.

7. That for the foregoing reasons, I request that my Motion to Withdraw be permitted.

Dated this 2nd day of February, 2006.

Daniel E. Chaika

Subscribed and sworn to before me this 2nd day of February, 2006.

Notary Public William Young Chaika
My Commission Expires: 6/6/09
Notary Public

**CERTIFICATE**

I hereby certify that on the 2nd day of February, 2006, I mailed a copy of the within Affidavit in Support of Motion to Withdraw to the following:

Mr. Timothy J. Flohe
6262 N. Moe Road
Middleville, MI 49333

Raymond M. Ripple, Esquire
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Thomas J. Burger, Esquire
John Paul Davis, Esquire
Wood, Herron & Evans, LLP
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202