RECEIVED
FEB 27 2006
Property of U.S. District Court
District of Rhode Island

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MARTIN KAMPITCH, et al., | ) | |
| | ) | |
| Plaintiffs | ) | C.A. No. 05-351-ML |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT LACH, et al., | ) | |
| | ) | |
| Defendant. | ) | |

**Stipulation of Dismissal**

Pursuant to FED. R. CIV. P. 41(a)(ii), Plaintiff/counter-Defendant Timothy J. Flohe hereby dismisses (with prejudice) all claims against Robert Lach and Red Carpet Studios division of Source Advantage, Ltd. (hereinafter collectively "Defendants") that are asserted in the Complaint or that could have been asserted in this litigation, including his claims for trade dress infringement (Second Cause of Action), patent infringement (Third Cause of Action relating to United States Patent Nos. D472,183 S and 6,783,815 B2), false country of origin designation (Fourth Cause of Action), unfair competition (Fifth Cause of Action), and racketeering (Sixth and Seventh Causes of Action), and agrees to not assert the same or any other claims, including but not limited to, claims for alleged patent, copyright, trademark, and/or trade dress infringement, and/or unfair competition arising from Defendants activities regarding Red Carpet's Geo-Spinners, including any making, using, offering to sell, or selling of same, in any subsequent actions. Likewise, Defendant/counter-Plaintiff Robert Lach, and Defendant/counter-Plaintiff Red Carpet Studios Division of Source Advantage, Ltd. ("Red Carpet"), hereby dismiss (with prejudice) their counterclaims that request a declaration of invalidity and/or non-infringement of United States Patent Nos. D472,183 S and 6,783,815 B2 (Count I) and that request a declaration of unenforceability of United States Patent Nos. D472,183 S and 6,783,815

Enter: Mary M. Lisi
USDJ 2/27/06

B2 (Count II). No other cause of action remains pending. Each party shall bear their own costs and legal fees.

So stipulated,

Executed: February 24, 2006

Timothy J. Flohe
*Plainitff/counter-Defendant*

Executed: February 27, 2006

Raymond M. Ripple (#6489)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, Rhode Island 02903
Telephone: 401-274-9200
Facsimile: 401-276-6611
*Attorneys for Defendants/counter-Plaintiffs*